*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*

Andrew B. Finberg
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)**

| | |
|---|---|
| In Re:<br><br>JAMES R. TORRES, SR.<br>OMAYRA TORRES<br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No.: 24-13989-ABA<br><br>**TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. §§ 1302(c), 1106(a)(3), and 1106(a)(4)** |

    The Chapter 13 Standing Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §§ 1302(c), 1106(a)(3) and 1106(a)(4).

    1.    The Trustee's office has conducted a § 341(a) Meeting of Creditors and a business examination which consisted of the review of the Petition, Schedules A - J, Statement of Financial Affairs, and Statement of Current Monthly Income, including a comparison between the Debtor(s)' filed petition and schedules and Certification of Business Debtor (attached hereto as Exhibit "A").

    2.    The Trustee, except to the extent that the Court orders otherwise, has investigated the acts, conduct, assets, liabilities, and financial condition of the Debtor(s), the operation of the Debtor(s)' business and the desirability of the continuance of such business, and any other matter relevant to the case or to the formulation of a plan.

    3.    Furthermore, in connection with the investigation, the Trustee has not ascertained any fact pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement or irregularity in the management of the affairs of Debtor(s), or to a cause of action available to the estate.

Dated: May 15, 2025

ICB:   KES
via first class mail:

    JAMES R. TORRES, SR.
    OMAYRA TORRES

Respectfully submitted,

**/s/ ANDREW B. FINBERG**
ANDREW B. FINBERG
Chapter 13 Standing Trustee

Form 20020-00-Trustee's Statement; Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

IN RE:

_____

_____

Debtor(s).

Proceedings in Chapter 13

Case Number: _____ (ABA / JNP)

CERTIFICATION OF DEBTOR
DERIVING INCOME FROM
AN INTEREST IN AN
ACTIVE BUSINESS

I, _James R Torres SR_____, being duly sworn, upon my oath state:

1. I have an ownership interest in the business known as _Hourglass transports_
2. I operate this business at _741 Buck Rd Pittsgrove NJ 08318_
3. I (own or lease) this property.
4. I operate this business as a (sole proprietorship, LLC, LLP, Partnership, Corp. or Franchise).
5. I started this business on _Aug 2, 2021_
6. I have an ownership interest of _100_ %.
7. I (do or do not) have insurance coverage for this business in place at this time.
8. As of the date of this certification, I have the following insurance coverage(s) in place:

   ☐ Business owner's policy (BOP);           ☐ Commercial auto insurance;
   ☐ General liability insurance;             ☐ Professional liability insurance (E&O);
   ☒ Property insurance;                      ☐ Worker's compensation insurance;
   ☐ Malpractice insurance;                   ☐ Other: _____;
   ☐ No insurance required.

9. I (do / am not required to) have an active license or permit to operate my business.
10. I have bank accounts in the following financial institutions which are utilized for my business operations:

| Bank Name | Type of Account / Purpose | Account Number (Last 4 digits) |
|---|---|---|
| USAA | Checking | 5976 |
|  |  |  |
|  |  |  |

11. I (have or have not) filed business tax returns with the Internal Revenue Service for all the prior tax years, for which I/the business was required to file a return.

Page 1 of 2

12. I (have or have not) filed applicable state tax returns with the State of New Jersey or any other state or commonwealth for all prior tax years, for which I/the business was required to file a return.

13. I (do or do not) incur trade credit or make payment arrangements defined under the Bankruptcy Code which require the exchange of credit by debtor to creditor or the extension of creditors' supplies to debtor.

14. I (have or have not) pledged any business receivables, rents, profits, or other cash collateral for any loans.

15. I (do or do not) have a line of credit with any financial institution for my business(es).

16. I (have or have not) provided financial statements to a third party for my business within the two (2) years preceding the filing of this bankruptcy.

17. As of the date of this certification, the value of my business assets, including tools, equipment, inventory, and accounts total $ 0 .

18. As of the date of this certification, I have business obligations which total $ 0 .

19. In support of this certification and as required by the Standing Trustee, I provide the following attached documents (attached):

    o LLC Charter, Partnership Agreement, Certificate of Incorporation, or Franchise Agreement;
    o Last two (2) filed Federal Tax Returns, with all supporting schedules and statements;
    o Six (6) months of pre-petition Bank Statements (all pages);
    o Six (6) months of pre-petition Profit and Loss statements;
    o Current insurance declaration page;
    o Current license and/or permit, plus municipal and county licenses, and certifications; and
    o Six (6) months of pre-petition income from all other sources.

I declare under penalty of perjury that the foregoing statements are true and correct.

I have read and acknowledge my responsibilities as a business debtor.

I understand that by filing this certification with the Standing Trustee and attachments in its support, I am signing the document under Fed. R. Bankr. P. 9011.

I declare that (I or my attorney) will retain the original signature of this certification for a period of seven (7) years from the date of the closing of this case pursuant to Fed. R. Bankr. P. 8011.

Date: 19 MAR 2024                   /s/ _____ SR
                                                  Debtor

Date: _____               /s/ _____
                                                 Co-Debtor

Page 2 of 2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| IN RE: | Proceedings in Chapter 13 |
|---|---|
| James Torres  Debtor(s) | Case Number: _____(ABA / JNP)  CERTIFICATION OF DEBTOR DERIVING INCOME FROM AN INTEREST IN AN ACTIVE BUSINESS |

I, __James Torres_____, being duly sworn, upon my oath state:

1. I have an ownership interest in the business known as __Animal Farm__.
2. I operate this business at __741 Buck rd Elmer NJ 08318__
3. I (own) or lease this property.
4. I operate this business as a (sole proprietorship) LLC, LP, Partnership, Corp. or Franchise).
5. I started this business on mm/dd/yyyy.
6. I have an ownership interest of __100__ %.
7. I (do or (do not)) have insurance coverage for this business in place at this time.
8. As of the date of this certification, I have the following insurance coverage(s) in place:

   ☐ Business owner's policy (BOP);           ☐ Commercial auto insurance;
   ☐ General liability insurance;              ☐ Professional liability insurance (E&O);
   ☐ Property insurance;                       ☐ Worker's compensation insurance;
   ☐ Malpractice insurance;                    ☐ Other: _____;
   ☑ No insurance required.

9. I (do, do not, (am not required to)) have an active license or permit to operate my business.
10. I have bank accounts in the following financial institutions which are utilized for my business operations:

| Bank Name | Type of Account / Purpose | Account Number (Last 4 digits) |
|---|---|---|
| USAA | Checking | 5976 |
| | | |
| | | |

11. I (have or have not) filed business tax returns with the Internal Revenue Service for all the prior tax years, for which I/the business was required to file a return.

Page 1 of 2

12. I (have or have not) filed applicable state tax returns with the State of New Jersey or any other state or commonwealth for all prior tax years, for which I/the business was required to file a return.

13. I (do or do not) incur trade credit or make payment arrangements defined under the Bankruptcy Code which require the exchange of credit by debtor to creditor or the extension of creditors' supplies to debtor.

14. I (have or have not) pledged any business receivables, rents, profits, or other cash collateral for any loans.

15. I (do or do not) have a line of credit with any financial institution for my business(es).

16. I (have or have not) provided financial statements to a third party for my business within the two (2) years preceding the filing of this bankruptcy.

17. As of the date of this certification, the value of my business assets, including tools, equipment, inventory, and accounts total $ 0

18. As of the date of this certification, I have business obligations which total $ 0

19. In support of this certification and as required by the Standing Trustee, I provide the following attached documents (attached):

    o LLC Charter, Partnership Agreement, Certificate of Incorporation, or Franchise Agreement;
    o Last two (2) filed Federal Tax Returns, with all supporting schedules and statements;
    o Six (6) months of pre-petition Bank Statements (all pages);
    o Six (6) months of pre-petition Profit and Loss statements;
    o Current insurance declaration page;
    o Current license and/or permit, plus municipal and county licenses, and certifications; and
    o Six (6) months of pre-petition income from all other sources.

I declare under penalty of perjury that the foregoing statements are true and correct.

I have read and acknowledge my responsibilities as a business debtor.

I understand that by filing this certification with the Standing Trustee and attachments in its support, I am signing the document under Fed. R. Bankr. P. 9011.

I declare that (I or my attorney) will retain the original signature of this certification for a period of seven (7) years from the date of the closing of this case pursuant to Fed. R. Bankr. P. 8011.

Date: 28 MAR 2024            /s/ _____
                                  Debtor

Date: _____          /s/ _____
                                  Co-Debtor

Page 2 of 2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| IN RE: _____ Debtor(s). | Proceedings in Chapter 13<br><br>Case Number: _____ (ABA / JNP)<br><br>CERTIFICATION OF DEBTOR DERIVING INCOME FROM RENTAL INCOME<br>(*Separate Certification for each rental property*) |
|---|---|

I, __James R Torres SR__ being duly sworn, upon my oath state:

1. I rent real property known as __523 Westmont Ln, Vineland NJ 08360__
2. I rent to tenant(s), __~~###~~ Dori Varela__
3. I (do or ~~do not~~) have a signed lease/rental agreement.
4. I rent this property for $ __1177__ per month.
5. I (do or ~~do not~~) have insurance coverage on this rental property at this time.
6. I (do or ~~do not~~) have a separate Landlord/Tenant bank account for this tenant's security deposit.
7. I have bank accounts in the following financial institutions which are utilized for rent collection:

| Bank Name | Type of Account / Purpose | Account Number (Last 4 digits) |
|---|---|---|
| USAA | Checking | 5976 |
|  |  |  |

8. I (have or ~~have not~~) filed individual tax returns with the Internal Revenue Service for all the prior tax years, for which I was required to file a return.
9. I (have or ~~have not~~) filed applicable state tax returns with the State of New Jersey or any other state or commonwealth for all prior tax years, for which I was required to file a return.
10. In support of this certification and as required by the Standing Trustee, I provide the following attached documents:
    - Last two (2) filed Federal Tax Returns, with all supporting schedules and statements;
    - Current mortgage payoff statement;
    - Current Comparative Market Analysis (CMA) w/comps (Zillow/Redfin is not acceptable);
    - Current homeowners insurance declaration page;
    - Six (6) months of pre-petition Bank Statements (all pages);
    - Current signed lease/rental agreement; and
    - Six (6) months of pre-petition income from all other sources.

Page 1 of 2

I declare under penalty of perjury that the foregoing statements are true and correct.

I have read and acknowledge my responsibilities as a business debtor.

I understand that by filing this certification with the Standing Trustee and attachments in its support, I am signing the document under Fed. R. Bankr. P. 9011.

I declare that (I or my attorney) will retain the original signature of this certification for a period of seven (7) years from the date of the closing of this case pursuant to Fed. R. Bankr. P. 8011.

Date: 19 MAR 2024

/s/ _____
Debtor

Date: _____

/s/ _____
Co-Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

| IN RE: | Proceedings in Chapter 13 |
|---|---|
| _____ | Case Number: _____(ABA / JNP) |
| Debtor(s), | CERTIFICATION OF DEBTOR DERIVING INCOME FROM RENTAL INCOME *(Separate Certification for each rental property)* |

I, __James R Torres JR__ being duly sworn, upon my oath state:

1. I rent real property known as __104 Wally Dr. Richland NJ 08350__
2. I rent to tenant(s), __Marcelino Arbelo__
3. I (do or do not) have a signed lease/rental agreement.
4. I rent this property for $ __1400__ per month.
5. I (**do** or do not) have insurance coverage on this rental property at this time.
6. I (do or **do not**) have a separate Landlord/Tenant bank account for this tenant's security deposit.
7. I have bank accounts in the following financial institutions which are utilized for rent collection:

| Bank Name | Type of Account / Purpose | Account Number (Last 4 digits) |
|---|---|---|
| USAA | Checking | 5976 |
| | | |

8. I (**have** or have not) filed individual tax returns with the Internal Revenue Service for all the prior tax years, for which I was required to file a return.
9. I (**have** or have not) filed applicable state tax returns with the State of New Jersey or any other state or commonwealth for all prior tax years, for which I was required to file a return.
10. In support of this certification and as required by the Standing Trustee, I provide the following attached documents:
    o Last two (2) filed Federal Tax Returns, with all supporting schedules and statements;
    o Current mortgage payoff statement;
    o Current Comparative Market Analysis (CMA) w/comps (Zillow/Redfin is not acceptable);
    o Current homeowners insurance declaration page;
    o Six (6) months of pre-petition Bank Statements (all pages);
    o Current signed lease/rental agreement; and
    o Six (6) months of pre-petition income from all other sources.

Page 1 of 2

I declare under penalty of perjury that the foregoing statements are true and correct.

I have read and acknowledge my responsibilities as a business debtor.

I understand that by filing this certification with the Standing Trustee and attachments in its support, I am signing the document under Fed. R. Bankr. P. 9011.

I declare that (I or my attorney) will retain the original signature of this certification for a period of seven (7) years from the date of the closing of this case pursuant to Fed. R. Bankr. P. 8011.

Date: 19 MAR 2025

/s/ _____
Debtor

Date: _____

/s/ _____
Co-Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

IN RE:

Debtor(s).

Proceedings in Chapter 13

Case Number: _____(ABA / JNP)

CERTIFICATION OF DEBTOR
DERIVING INCOME FROM
AN INTEREST IN AN
ACTIVE BUSINESS

I, __Omayra Torres__ being duly sworn, upon my oath state:

1. I have an ownership interest in the business known as __Richlands Finest Crafts__
2. I operate this business at __741 Buck Rd Pittsgrove NJ 08318__
3. I (own or lease) this property. [own circled]
4. I operate this business as a (sole proprietorship, LLC, LP, Partnership, Corp. or Franchise). [sole proprietorship circled]
5. I started this business on __03/03/2021__
6. I have an ownership interest of __100__ %.
7. I (do or do not) have insurance coverage for this business in place at this time. [do not circled]
8. As of the date of this certification, I have the following insurance coverage(s) in place:

   ☐ Business owner's policy (BOP);            ☐ Commercial auto insurance;
   ☐ General liability insurance;              ☐ Professional liability insurance (E&O);
   ☐ Property insurance;                       ☐ Worker's compensation insurance;
   ☐ Malpractice insurance;                    ☐ Other: _____;
   ☒ No insurance required.

9. I (do, do not, am not required to) have an active license or permit to operate my business.

10. I have bank accounts in the following financial institutions which are utilized for my business operations:

| Bank Name | Type of Account / Purpose | Account Number (Last 4 digits) |
|---|---|---|
| USAA | Checking | 5976 |
|  |  |  |
|  |  |  |

11. I (have or have not) filed business tax returns with the Internal Revenue Service for all the prior tax years, for which I/the business was required to file a return.

Page 1 of 2

12. I (have or have not) filed applicable state tax returns with the State of New Jersey or any other state or commonwealth for all prior tax years, for which I/the business was required to file a return.

13. I (do or do not) incur trade credit or make payment arrangements defined under the Bankruptcy Code which require the exchange of credit by debtor to creditor or the extension of creditors' supplies to debtor.

14. I (have or have not) pledged any business receivables, rents, profits, or other cash collateral for any loans.

15. I (do or do not) have a line of credit with any financial institution for my business(es).

16. I (have or have not) provided financial statements to a third party for my business within the two (2) years preceding the filing of this bankruptcy.

17. As of the date of this certification, the value of my business assets, including tools, equipment, inventory, and accounts total $ 0 .

18. As of the date of this certification, I have business obligations which total $ 0 .

19. In support of this certification and as required by the Standing Trustee, I provide the following attached documents (attached):

    o LLC Charter, Partnership Agreement, Certificate of Incorporation, or Franchise Agreement;
    o Last two (2) filed Federal Tax Returns, with all supporting schedules and statements;
    o Six (6) months of pre-petition Bank Statements (all pages);
    o Six (6) months of pre-petition Profit and Loss statements;
    o Current insurance declaration page;
    o Current license and/or permit, plus municipal and county licenses, and certifications; and
    o Six (6) months of pre-petition income from all other sources.

I declare under penalty of perjury that the foregoing statements are true and correct.

I have read and acknowledge my responsibilities as a business debtor.

I understand that by filing this certification with the Standing Trustee and attachments in its support, I am signing the document under Fed. R. Bankr. P. 9011.

I declare that I or my attorney, I will retain the original signature of this certification for a period of seven (7) years from the date of the closing of this case pursuant to Fed. R. Bankr. P. 8011.

Date: 3/20/2024           /s/ Omayra Jesus
                                    Debtor

Date: _____           /s/ _____
                                    Co-Debtor

Page 2 of 2