Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−13989−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   James R. Torres Sr.　　　　　　　　　　　Omayra Torres
   dba James R. Torres　　　　　　　　　　　fka Omayra Arbelo
   741 Buck Road　　　　　　　　　　　　　741 Buck Road
   Elmer, NJ 08318　　　　　　　　　　　　　Elmer, NJ 08318

Social Security No.:
  xxx−xx−5344　　　　　　　　　　　　　　xxx−xx−8900

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 15, 2025.

Dated: May 15, 2025
JAN: har

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
James R. Torres, Sr.  
Omayra Torres  
    Debtors

Case No. 24-13989-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: May 15, 2025      Form ID: plncf13      Total Noticed: 61

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James R. Torres, Sr., Omayra Torres, 741 Buck Road, Elmer, NJ 08318-3506 |
| 520229922 | + | DLL Financial Solutions Partner, P. O. Box 7902, Des Moines, IA 50323-9402 |
| 520229924 | | Goodyr/Cbna, P.O. Box 5003, Sioux Falls, SD 57117 |
| 520414755 | + | Jorge Arbelo, 523 Westmont Lane, Vineland, NJ 08360-2230 |
| 520414757 | + | Luz Vavela, 523 Westmont Lane, Vineland, NJ 08360-2230 |
| 520414754 | + | Marcelino Arbelo, 104 Wally Drive, Richland, NJ 08350-8009 |
| 520414756 | + | Neradia Arbelo, 104 Wally Drive, Richland, NJ 08350-8009 |
| 520229930 | + | Sunrun, 1800 W. Ashton Blvd., Lehi, UT 84043-5490 |
| 520229936 | + | Tractor Supply/CBNA, P. O. Box 790394, Saint Louis, MO 63179-0394 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 15 2025 21:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 15 2025 21:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | May 15 2025 21:06:00 | MSR Asset Vehicle LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd.,, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | May 15 2025 21:09:00 | Santander Consumer USA Inc. dba Chrysler Capital a, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 520231950 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 15 2025 21:08:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520272764 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 15 2025 21:10:42 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520229907 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 15 2025 21:10:00 | Ally Cc, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 520229908 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2025 21:23:52 | American Express, P. O. Box 981537, El Paso, TX 79998-1537 |
| 520268223 | | Email/PDF: bncnotices@becket-lee.com | May 15 2025 21:10:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520229909 | + | Email/Text: ebnbankruptcy@ahm.honda.com | May 15 2025 21:08:00 | American Honda Finance Corp, P. O. Box 168128, |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Irving, TX 75016-8128 |
| 520229910 | + | Email/PDF: bncnotices@becket-lee.com | May 15 2025 21:23:30 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520229911 | + | Email/Text: bankrupt@andrewsfcu.org | May 15 2025 21:07:00 | Andrews Fcu, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 520287923 | + | Email/Text: bankrupt@andrewsfcu.org | May 15 2025 21:07:00 | Andrews Federal Credit Union, 5711 Allentown Road, Suitland, MD 20746-4547 |
| 520229912 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 15 2025 21:07:00 | Apple Card/Gs Bank Usa, Lockbox 6112, P. O. Box 7247, Philadelphia, PA 19170-0001 |
| 520229915 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 21:10:13 | CBNA/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520229916 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 21:10:58 | CBNA/Macy's, P. O. Box 8053, Mason, OH 45040-8053 |
| 520244291 | + | Email/Text: enotifications@santanderconsumerusa.com | May 15 2025 21:09:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 520229913 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2025 21:10:32 | Capital One, P.O. Box 6492, Carol Stream, IL 60197-6492 |
| 520255605 | + | Email/PDF: ebn_ais@aisinfo.com | May 15 2025 21:10:37 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520229914 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 21:10:34 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520229917 | ^ | MEBN | May 15 2025 21:02:21 | Chrysler Capital, PO Box 660647, Dallas, TX 75266-0647 |
| 520229918 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 21:10:56 | Citi Bank/The Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 520302968 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2025 21:10:58 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520229919 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2025 21:08:00 | Comenity Capital Bank/ Boscov's, Bankruptcy Department, P. O. Box 183043, Columbus, OH 43218-3043 |
| 520229920 | + | Email/PDF: creditonebknotifications@resurgent.com | May 15 2025 21:10:52 | Credit One Bank, P. O. Box 98875, Las Vegas, NV 89193-8875 |
| 520257532 | + | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | May 15 2025 21:09:00 | DLL Finance LLC, PO BOX 2000, Johnston, IA 50131-0020 |
| 520229921 | + | Email/Text: mrdiscen@discover.com | May 15 2025 21:06:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520235744 | | Email/Text: mrdiscen@discover.com | May 15 2025 21:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520229923 | + | Email/Text: accountresearch@goodleap.com | May 15 2025 21:07:00 | Goodleap, 1410 SW Morrison Street, Portland, OR 97205-1930 |
| 520306426 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 21:10:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520229925 | | Email/Text: EBN@Mohela.com | May 15 2025 21:07:00 | Mohela/Dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520235648 | + | Email/Text: RASEBN@raslg.com | May 15 2025 21:06:00 | MSR Asset Vehicle LLC, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520229926 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 15 2025 21:07:00 | Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 520304170 | | Email/Text: nsm_bk_notices@mrcooper.com | May 15 2025 21:07:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 520312044 | | Email/Text: BKEBN-Notifications@ocwen.com | | |

Case 24-13989-ABA    Doc 42    Filed 05/17/25    Entered 05/18/25 00:16:25    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: plncf13 | Total Noticed: 61 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 15 2025 21:06:00 | PHH Mortgage Corporation, Bankruptcy Department-P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 520229927 | + | Email/Text: BKEBN-Notifications@ocwen.com | May 15 2025 21:06:00 | PHH Mortgage Services, PO Box 5436, Mount Laurel, NJ 08054-5436 |
| 520229928 | + | Email/Text: BKMAIL@planethomelending.com | May 15 2025 21:07:00 | Planet Home Lending, 10 Research Pkwy, Wallingford, CT 06492-1963 |
| 520284307 | + | Email/Text: BKMAIL@planethomelending.com | May 15 2025 21:07:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520242154 | + | Email/Text: bankruptcy1@pffcu.org | May 15 2025 21:07:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 520229929 | | Email/Text: bankruptcy1@pffcu.org | May 15 2025 21:07:00 | Police and Fire FCU, 901 Arch St., Philadelphia, PA 19107-2495 |
| 520315061 | | Email/Text: bnc-quantum@quantum3group.com | May 15 2025 21:08:00 | Quantum3 Group LLC as agent for, GoodLeap, PO Box 788, Kirkland, WA 98083-0788 |
| 520302613 | | Email/Text: bnc-quantum@quantum3group.com | May 15 2025 21:08:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520421011 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 21:10:57 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520421010 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 21:10:32 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520229932 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 21:23:30 | SYNCB/Lowe's, P. O. Box 71726, Philadelphia, PA 19176-1726 |
| 520229933 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 21:23:48 | SYNCB/PayPal, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 520313875 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2025 21:10:45 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520309540 | | Email/Text: bncmail@w-legal.com | May 15 2025 21:08:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520229935 | + | Email/Text: bankruptcy@td.com | May 15 2025 21:08:00 | TD Bank, N.A., P. O. Box 84037, Columbus, OH 31908-4037 |
| 520229934 | + | Email/Text: bncmail@w-legal.com | May 15 2025 21:08:00 | TD Bank USA/ Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 520249846 | ^ | MEBN | May 15 2025 21:02:19 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520229937 | | Email/Text: bkelectronicnotices@usaa.com | May 15 2025 21:06:00 | USAA Federal Savings Bank/AMEX, 10750 McDermott Freeway, San Antonio, TX 78288-9876 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Andrews Federal Credit Union, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 520268225 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520268226 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520415416 | *+ | Jorge Arbelo, 523 Westmont Lane, Vineland NJ 08360-2230 |
| 520415415 | *+ | Marcelino Arbelo, 104 Wally Drive, Richland NJ 08350-8009 |

| | | |
|---|---|---|
| 520421013 | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520421012 | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520229931 | *+ | Sunrun, 1800 W. Ashton Blvd, Lehi, UT 84043-5490 |
| aty | ##+ | Douglas McDonough, Frenkel Lambert Weiss Weisman & Gordon, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew L. Spivack | on behalf of Creditor Andrews Federal Credit Union andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Cory Francis Woerner | on behalf of Creditor MSR Asset Vehicle LLC cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Nationstar Mortgage LLC dmcdonough@flwlaw.com  NJbkyecf@flwlaw.com |
| Laura M. Egerman | on behalf of Creditor MSR Asset Vehicle LLC laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Nathalie Rodriguez | on behalf of Creditor MSR Asset Vehicle LLC nrodriguez@raslg.com  NJbkyecf@flwlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Victor Druziako | on behalf of Joint Debtor Omayra Torres bkdruziako@aol.com |
| Victor Druziako | on behalf of Debtor James R. Torres  Sr. bkdruziako@aol.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 11